UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:11CR191-MOC |
|---|---|---|
| vs. | ) ) ) | **ORDER** |
| FREDERICK ENGLE | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Emergency Motion To Transfer Defendant to Medical Facility" (Document No. 14) filed by the Defendant, Frederick Engle, on August 3, 2011. The Court has engaged in some informal efforts to resolve this matter, but it has concluded that a more formal approach will be required. The Court respectfully directs the Government to file a written response to the Defendant's motion by 12:00 noon on Friday, August 5, 2011. The Court will set this matter for a hearing in the magistrate courtroom at 2:00 p.m. on Friday, August 5, 2011, and the Clerk is directed to issue an appropriate electronic notice. Either in its written response or at the hearing itself, it is requested that the Government address specifically the extent to which the Defendant has been seen by medical personnel and whether he is receiving his prescription medication as directed.

**SO ORDERED**.

Signed: August 4, 2011

David C. Keesler
United States Magistrate Judge